IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>CHARLES TOLES,<br><br>                  Defendant. | **8:13CR380**<br><br><br>ORDER |

The defendant appeared before the court on May 23, 2019 regarding Petition for Warrant or Summons for Offender Under Supervision [92]. Jeffrey L. Thomas represented the defendant. John E. Higgins represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on July 19, 2019, at 11:30 a.m.

The defendant is not in federal custody, and he government does not move for detention upon Defendant coming into federal custody. The defendant shall be returned to the custody of Nebraska state authorities pending the final disposition of this matter.

      **IT IS SO ORDERED**.

DATED this 23rd day of May, 2019.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge