IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR380 |
| vs. | |
| CHARLES TOLES, | ORDER FOR SUPERVISED RELEASE VIOLATION |
| Defendant. | |

The court has been informed the defendant has come into federal custody. The government indicated at the initial appearance that they would not move for detention upon Defendant coming into federal custody. The government has indicated to the court and all parties today this same position, that they are not seeking detention of the defendant. Therefore, the defendant shall be released pending a final dispositional hearing, which is currently set before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on July 19, 2019, at 11:30 a.m.

The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 13th day of June, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge